NO. SCWC-29597

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COMPUSA STORES, L.P., Respondent/Appellant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF TAXATION,
Petitioner/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29597; TAX APPEAL CASE NO. 05-0065)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioner/Appellee-Appellee State of Hawaiʻi,
Department of Taxation's application for writ of certiorari filed
on November 22, 2010, is hereby accepted.

DATED:  Honolulu, Hawaiʻi, December 28, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Associate Justice

Hugh R. Jones and Damien A.
Elefante, Deputy Attorneys
General, on the application
for petitioner/appellee-
appellee.

Ray K. Kamikawa and Leroy E.
Colombe (Chun, Kerr, Dodd,
Beaman & Wong) on the
response for respondent/
appellant-appellant.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Lee, assigned due to a vacancy.